Richard G. Grotch, Esq. – SBN 127713
Kathryn C. Klaus, Esq. – SBN 205923
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE TURNER-RAINEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO. and DOES 1 to 50, INCLUSIVE,<br><br>　　　　　　　Defendants. | No.　C 12-3456 EDL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED, by and between plaintiff BOBBIE TURNER-RAINEY and defendant SOUTHWEST AIRLINES CO., through their respective counsel of record, that all the claims of plaintiff be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

///

///

///

IT IS SO STIPULATED.

Dated: December 10, 2012                           SILVERMAN & GOLDSZER

                                                   /s/ *Ronald I. Goldszer*
                                               By: _____
                                                   Ronald I. Goldszer
                                                   Attorney for Plaintiff
                                                   Bobbie Turner-Rainey

Dated: December 13, 2012                           CODDINGTON, HICKS & DANFORTH

                                                   /s/ *Richard G. Grotch*
                                               By: _____
                                                   Richard G. Grotch (*)
                                                   Attorney for Defendant
                                                   Southwest Airlines Co.

(*)  I hereby attest that I have on file all Holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

### [PROPOSED] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiff BOBBIE TURNER-RAINEY be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

SO ORDERED.

Dated: December __13__, 2012

                                               _____
                                               Honorable Elizabeth D. Laporte
                                               United States Magistrate Judge